RECEIVED
APR 13 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-39 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| TIMOTHY CRAIG GEERTS, | ) | T. 18 U.S.C. § 922(g)(3) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| | ) | T. 18 U.S.C. § 2252(a)(4)(B) |
| | ) | T. 18 U.S.C. § 2252(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |
| | ) | T. 18 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Production of Child Pornography)

On or about September 22, 2018, through on or about September 23, 2018, in the Southern District of Iowa, the defendant, TIMOTHY CRAIG GEERTS, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a), and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

On or about September 22, 2018, in the Southern District of Iowa, the defendant, TIMOTHY CRAIG GEERTS, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a), and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

On or about September 16, 2018, in the Southern District of Iowa, the defendant, TIMOTHY CRAIG GEERTS, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a), and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Possession of Child Pornography)**

On or about December 27, 2018, in the Southern District of Iowa, the defendant, TIMOTHY CRAIG GEERTS, did knowingly possess one or more items containing visual depictions that had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by a cellular telephone, the producing of said visual depictions involving the use of minors, that is, persons under the age of 18 years, and specifically, prepubescent minors or minors who had not attained 12 years of age, engaged in sexually explicit conduct as defined in Title 18, and United States Code, Section 2256(2), said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 5**</u>
**(Prohibited Person in Possession of a Firearm)**

On or about January 2, 2019, in the Southern District of Iowa, the defendant, TIMOTHY CRAIG GEERTS, in and affecting commerce, knowingly possessed a firearm, namely one or more of the following:

(1) a Marlin, model 25, twenty-two caliber rifle, with serial number 13714574;

(2) a Winchester, model 1300, twelve-gage shotgun, with serial number L3578481; or

(3) a Mossburg, model 9200, twelve-gage shotgun, with serial number SG7533.

At the time of the offense, the defendant knew he was an unlawful user of a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

1.  The allegations contained in Counts 1, 2, 3, and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  From his engagement in any or all of the violations alleged in Counts 1, 2, 3, and 4 of this Indictment, the defendant, TIMOTHY CRAIG GEERTS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

      a.    Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1, 2, 3, and 4 of this Indictment;

      b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1, 2, 3, and 4 of this Indictment; and,

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1, 2, 3, and 4 of this Indictment.

3.    The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

All pursuant to Title 18, United States Code, Section 2253.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 5 of this Indictment, the defendant, TIMOTHY CRAIG GEERTS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm identified in Count 5 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Andrea L. Glasgow
Assistant United States Attorney